# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT - 1 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>TREVOR BARRON and<br>TAMOKO JOHNSON<br><br>_Defendant(s)_ | )<br>)<br>)  Case No. 1:24-mj- 113 - BWR<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 24, 2024__ in the county of __Harrison__ in the __Southern__ District of __MS, Southern Division__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 111(a)(1) and (b) | Assault on a Federal Law Enforcement Officer |
| 18 USC § 2 | Aiding and Abetting |

This criminal complaint is based on these facts:
See affidavit attached hereto and incorporated herein

☑ Continued on the attached sheet.

_Complainant's signature_

Jason Dufault, Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 10/1/2024

_Judge's signature_

City and state: Gulfport, Mississippi

Bradley W. Rath, United States Magistrate Judge
_Printed name and title_

## Affidavit for Criminal Complaint

I, Jason Dufault, being duly sworn and deposed, state the following:

## Background and Experience of Officer

I am an Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice (DOJ), and have been since June of 2016. I am empowered to enforce Title 18, Title 21, and other criminal laws of the United States. In that capacity, I have participated in and have conducted numerous investigations related to the possession and distribution of controlled substances, investigations related to complex drug conspiracies involving gang and cartel operations, complex financial crimes, and public corruption matters. I have also been involved in various types of electronic surveillance, in the execution of search and arrest warrants, and in the debriefing of defendants, witnesses and informants.

This affidavit is based on information from law enforcement agents and sources and on my examination of various reports, evidence and records. This is being submitted for the limited purpose of establishing probable cause to support issuing a criminal complaint. It does not include all the facts that have been learned during the course of this investigation.

## Probable Cause

1. On or about September 24, 2024, just prior to 9:00 PM, while conducting a crime saturation detail in the performance of their official duties, DEA Task Force Officer (TFO) "RD" and Harrison County Sheriff's Office Investigator "CA" (collectively Agents) observed several occupants get into a late model, silver Honda Accord and depart the area of the Boomtown Casino, located in Biloxi, driving Westbound on Bayview Drive with their lights off. Agents proceeded to surveil the silver Honda Northbound onto I-110 until exiting the off-ramp in the vicinity of Rodriguez Street.

2.      While exiting the I-110 off-ramp, and later while traveling Eastbound onto Rodriguez Street in the vicinity of Church Avenue, Agents observed the front passenger sticking out of the window of the silver Honda and looking back at the Agents' vehicle. At this point, a firearm was discharged from the suspect's vehicle striking the windshield of the Agents' vehicle above the driver's side steering wheel. As a result, CA suffered a wound to his right ear from the bullet and/or secondary fragmentation and secondary glass fragmentation to his eye.

3.      Upon being fired upon, Agents radioed to units in the area, giving them a vehicle description and direction of flight of the suspects on Gorenflo Road, possibly headed Eastbound on Lemoyne Boulevard. Shortly thereafter, responding units observed a vehicle matching that description travelling Eastbound on Lemoyne headed into Jackson County and initiated a high-risk traffic stop.

4.      The occupants of that vehicle were detained and subsequently identified as the driver, **Trevor Icello Barron**, front passenger, **Tamoko Jacobee Johnson**, and a rear passenger. Investigators were subsequently able to locate three 9MM shell casings in the vicinity of Rodriquez Street and Church Avenue bearing headstamp "Luger PMC." A search by law enforcement along the suspect's route of travel located a 9MM Taurus handgun (serial #: AEH585314) in the vicinity of 15009 Lemoyne Boulevard. It's noted that this handgun had a capacity of 12 rounds but contained 9 live rounds of 9MM ammunition bearing the same "Luger PMC" headstamps.

5.      Law Enforcement also located a High Standard AR-15 style rifle (serial #02093) in the vicinity of 14901 Lemoyne Boulevard. It is noted that an open internet Facebook search of **Tamoko Johnson**'s profile, vanity name MG Tahko, contained several photographs of **Johnson** brandishing firearms, including an AR-15 style rifle matching the description of one of the firearms that were recovered immediately after the shooting.

6. A search of the suspect's vehicle incident to arrest located four Boomtown casino sports betting tickets with the timestamp of the evening of September 24, consistent with when Agents observed these parties depart the casino.

7. Law Enforcement also determined that the suspect's vehicle license plate hit a State of Mississippi license plate reader on I-110 at approximately 9:04:08 PM, approximately 5 seconds prior to the Agents' vehicle registering on that reader, suggesting that the same vehicle Agents surveilled leaving Boomtown onto I-110 was the same vehicle which was ultimately stopped on Lemoyne Boulevard.

8. Based on the forgoing, your Affiant believes that probable cause exists showing that **Trevor Barron** and **Tamoko Johnson** violated 18 U.S.C. § 111(a)(1) and (b) and 18 U.S.C. § 2, in that the subjects aided and abetted each other in assaulting a Federal Law Enforcement Officer designated under § 1114 while engaged in or on account of the performance of their official duties.

_____
Jason Dufault, Special Agent
Federal Bureau of Investigation

SWORN TO AND SUBSCRIBED BEFORE ME, this the 1ST day of October 2024.

_____
United States Magistrate Judge